IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. KEISS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:13cv-951-WHA |
| | ) |
| ALABAMA DEPARTMENT OF | )                    (wo) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No timely objections having been filed to two Recommendations of the Magistrate Judge (Docs. #7 and #8), both filed on January 14, 2014, and following a review of the file, the court ADOPTS the Recommendations of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's due process challenge to the November 3, 2013 disciplinary proceedings is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff's Complaint against Alabama Department of Corrections is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Alabama Department of Corrections is DISMISSED as a party to this action.

4. Plaintiff's Motion for Preliminary Injunction (Doc. #3) is DENIED.

5. This case is referred back to the Magistrate Judge for further proceedings as to all other claims.

DONE this 26th day of February, 2014.

                                                        /s/ W. Harold Albritton  
                                                        W. HAROLD ALBRITTON  
                                                        SENIOR UNITED STATES DISTRICT JUDGE