IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. KEISS, #287 263, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  2:13cv-951-WHA |
| ) | |
| WARDEN CHRISTOPHER GORDY, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #33), entered on March 19, 2014.  There being no objection to the Recommendation, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1.  Plaintiff's Motion to Dismiss Defendants Gordy, Carlton, Townsend, Moses and Hicks (Doc. #31) is GRANTED.

2.  Defendants Gordy, Carlton, Townsend, Moses and Hicks are DISMISSED with prejudice as parties to the Complaint.

3.  This case with respect to the remaining Defendant is referred back to the Magistrate Judge for further proceedings.

DONE this 10th day of April, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE