IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. KEISS, #287 263, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  2:13cv-951-WHA |
| ) | |
| OFFICER JOSEPH N. WRIGHT, ) | (WO) |
| ) | |
| Defendant. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #41), entered on May 23, 2014, the court ADOPTS the Recommendation, and it is hereby

ORDERED that Plaintiff's Motion to Dismiss (Doc. #40) is GRANTED, and this case is DISMISSED without prejudice.

DONE this 18 day of June, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE